IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

THOR INDUSTRIES, INC.; and
FOUR WINDS INTERNATIONAL                                                        PLAINTIFFS

v.                                                                CIVIL ACTION NO. 3:07cv474HTW-LRA

MINNIE H. RHODES and
LINDA L. RHODES                                                                  DEFENDANTS

## FINAL ORDER OF DISMISSAL

This matter is before the Court on motion *ore tenus* of Plaintiffs Thor Industries, Inc., and Four Winds International and Defendants Minnie H. Rhodes and Linda L. Rhodes, to dismiss this action with prejudice. The Court, having been advised that the parties have fully and finally resolved this matter so that no issues remain for decision by the Court, finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the Complaint and this action be, and they are hereby, dismissed with prejudice, with the parties to bear their own costs and expenses, including attorneys' fees.

**SO ORDERED**, this the 25th day of April, 2008.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

___/s/ Tiffany Piazza Grove_____
Tiffany Piazza Grove (MSB No. 101455)
ATTORNEY FOR PLAINTIFFS

___/s/ Malissa Winfield_____
Malissa Winfield (MSB No. 100751)
ATTORNEY FOR DEFENDANTS